**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-6851**

_____

LEANTHONY T. WINSTON,

                    Petitioner - Appellant,

        v.

HAROLD W. CLARKE,

                    Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:18-cv-00577-RGD-RJK; 2:20-cv-00423-RGD-RJK)

_____

Submitted: January 17, 2023                    Decided: January 19, 2023

_____

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed and remanded by unpublished per curiam opinion.

_____

LeAnthony T. Winston, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LeAnthony T. Winston seeks to appeal the district court's orders denying his amended 28 U.S.C. § 2254 petition and denying reconsideration.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  "Ordinarily, a district court order is not final until it has resolved *all* claims as to all parties." *Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015) (internal quotation marks omitted).

Our review of the record reveals that the district court did not adjudicate all of the claims raised in the petition.  Specifically, the court failed to address Winston's claims of prosecutorial misconduct, discrimination, violation of his speedy trial and due process rights, and ineffective assistance of counsel.  We therefore conclude that the order Winston seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Porter*, 803 F.3d at 696-97.  Accordingly, we dismiss the appeal for lack of jurisdiction, deny Winston's pending motions, and remand to the district court for consideration of the unresolved claims. *Id.* at 699.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED AND REMANDED*

2